JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW CADOVEC, | Case No. 5:22-cv-00492-MCS-SP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's Order Re: Cross-Motions for Summary Judgment, it is ordered, adjudged, and decreed that this case is dismissed with prejudice, in favor of Defendant. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE